FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2023 JAN -3 AM 9:11

M. REGINA THOMAS
CLERK

BY [signature]

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia
(State)

Case number (*If known*): 23-50054    Chapter 11

Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    The Estate of Mevin C. Drayton

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    25-2789111

4. **Debtor's address**

   **Principal place of business**
   3391 Collier Court NW
   Number    Street

   Atlanta,    GA    30331
   City    State    ZIP Code

   Fulton
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Estate of Melvin C. Drayton                            Case number (if known)_____
      Name

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☒ Other. Specify: Estate_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5 3 1 3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Estate of Melvin C. Drayton**  Case number (if known) _____
         <sub>Name</sub>

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes. Debtor _____ Relationship _____
        District _____ When _____
                                                    MM / DD / YYYY
        Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number    Street

_____
City                          State ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  **Estate of Melvin C. Drayton**          Case number (if known) _____
        Name

### 13. Debtor's estimation of available funds

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/30/2022
             MM / DD / YYYY

X _____          Carmen Drayton
Signature of authorized representative of debtor       Printed name

Title  As Administrator of the Estate of Melvin C. Drayton

| Debtor | Estate of Melvin C. Drayton | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✘ _____  
Signature of attorney for debtor

Date _____  
MM / DD / YYYY

_____  
Printed name

_____  
Firm name

_____  
Number    Street

_____  City

_____  
State    ZIP Code

_____  
Contact phone

_____  
Email address

_____  
Bar number

_____  
State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

Rocket Mortgage, LLC
1050 Woodward Avenue
Detroit. MI 48226


LOGS Legal Group LLP
Attorneys at Law
211 Perimeter Center Parkway NE
Suite 300
Atlanta, GA 30346

| Case Number: 23-50054 | Name: The Estate of Melvin C. Drayton | Chapter: 11 | Division: Atlanta |
|---|---|---|---|

Please submit the following original documents to the Court for filing so that the case will proceed timely. **Failure to comply may result in the dismissal of your case.**

If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

☒ Non-Individual - Series 200 Forms

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov.

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**
☐ Complete List of Creditors (names and addresses of all creditors)
☐ Pro Se Affidavit (signature must be **notarized, or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**
☒ Statement of Financial Affairs
☒ Schedules: A/B, D, E/F, G, H
☒ Summary of Assets and Liabilities
☒ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling (*Individuals only*)
☐ Pay Advices (*Individuals only*) (*2 Months*)
☐ Chapter 13 Plan, complete with signatures *(local form)*
☐ Corporate Resolution (*Non-Individual Ch. 7 & 11*)

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**
☐ Statement of Intent – Ch.7 (*Individuals only*)

**Ch.11 Business**
☐ 20 Largest Unsecured Creditors
☐ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address
☐ Statistical Estimates
☐ Other:

**Case filed via:**
☒ Intake Counter by:
 ☐ Attorney
 ☐ Debtor
 ☒ Other: Roosevelt Watt, II    678-686-3970
☐ Mailed by:
 ☐ Attorney
 ☐ Debtor
 ☐ Other:
☐ Email [Pursuant to General Order 45-2021, this petition was received for filing via email]

**History of Case Association**
Prior cases within 2 years: N/A

Signature: _[signature]_
Acknowledgment of receipt of Deficiency Notice

Intake Clerk: ℋ𝒟    ID Verified ☒   Date: 1/3/23

**FILING FEE INFORMATION**
Online Payment for Filing Fee https://www.ganb.uscourts.gov/online-payments (not for chapter 13 plan payments)
☐ Paid $0
☒ **Payment of $ 1738.00 due**

You may mail documents and filing fee payments (no personal checks or cash accepted) to the address below.
All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.
UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000